FILED 07 MAR '23 16:18 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:23-cr- 65-MC |
| v. | INDICTMENT |
| BENJAMIN VICTOR HOUGHTON, | 18 U.S.C. § 2241(c); |
| Defendant. | 18 U.S.C. § 2251(a) and (e) |
| | Forfeiture Allegation |

THE GRAND JURY CHARGES:

Count 1
(Using a Minor to Produce a Visual Depiction of Sexually Explicit Conduct)
(18 U.S.C. § 2251(a) and (e))

On or about July 14, 2021, in the District of Oregon and elsewhere, defendant **BENJAMIN VICTOR HOUGHTON** used, employed, persuaded, induced and coerced minors, Minor Victims 1 and 2 (MV1 and MV2), to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing or having reason to know the visual depiction would be transported or transmitted using any means or facility of, and in or affecting, interstate or foreign commerce; that the visual depiction was produced or transmitted using materials that were mailed, shipped, or transported in or affecting interstate or foreign commerce; and the visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce;

In violation of Title 18, United States Code, Section 2251(a) and (e).

## Count 2
### (Using a Minor to Produce a Visual Depiction of Sexually Explicit Conduct)
### (18 U.S.C. § 2251(a) and (e))

On or about August 9, 2021, in the District of Oregon, defendant **BENJAMIN VICTOR HOUGHTON** used, employed, persuaded, induced and coerced a minor, MV2, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing or having reason to know the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, and the visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce;

In violation of Title 18, United States Code, Section 2251(a) and (e).

## Count 3
### (Using a Minor to Produce a Visual Depiction of Sexually Explicit Conduct)
### (18 U.S.C. § 2251(a) and (e))

On or about November 23, 2022, in the District of Oregon, defendant **BENJAMIN VICTOR HOUGHTON** used, employed, persuaded, induced and coerced a minor, MV2, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing or having reason to know the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce;

In violation of Title 18, United States Code, Section 2251(a) and (e).

///

///

### Count 4
### (Aggravated Sexual Abuse)
### (18 U.S.C. § 2241(c))

On or about August 9, 2021, in the District of Oregon and elsewhere, defendant **BENJAMIN VICTOR HOUGHTON** did knowingly cross a State line with the intent to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2), with MV2, a person who had not attained the age of 12 years;

In violation of Title 18, United States Code, Section 2241(c).

### Count 5
### (Aggravated Sexual Abuse)
### (18 U.S.C. § 2241(c))

On or about November 23, 2022, in the District of Oregon and elsewhere, defendant **BENJAMIN VICTOR HOUGHTON** did knowingly cross a State line with the intent to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2), with MV2, a person who had not attained the age of 12 years;

In violation of Title 18, United States Code, Section 2241(c).

///

///

///

///

///

**Indictment**  Page 3

## FORFEITURE ALLEGATION

Upon conviction of one or more of the above offenses, defendant **BENJAMIN VICTOR HOUGHTON** shall forfeit to the United States, pursuant to 18 U.S.C. § 2254, any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: March 7, 2023

A TRUE BILL.

Presented by:

NATALIE K. WIGHT
United States Attorney



WILLIAM M. McLAREN
Assistant United States Attorney