May 14, 2025

To Whom It May Concern:

Hello, my name is Nina D Lloyd, I live in Ocean View, HI.

I met Ben and his mom in 2007, when he just turned 12. I have a son younger than Ben, we became good friends with Ben and his mom, spent a lot of time together going to parks and beaches, doing projects for school and holidays. As a child, Ben was always kind, patent, helpful - he volunteered at the community Thanksgiving dinner, highway cleanup, served as an acolyte in St Jude church, always helped older people when he could, was always kind and patent with my son, treated him as a younger brother. One time when nobody could pick up my son after school (bus stop was in a park, parents had to pick up children there), Ben stayed with him for a long time, called his mom and taken my son with them until we were able to come.

Ben met his piano teacher David Mattson in St Jude church, David offered to give him lessons as Ben was so musically gifted. With the help of his teacher Ben organized concerts for the community where they both played piano.

Later when David's health was failing, Ben helped him with everyday chores, as David lived alone. He would go visit everyday walking (more than a mile) since he didn't drive then, Ben was his only caregiver. When one day David didn't answer the phone, Ben went to check and found him dead. I know Ben was heartbroken for a long time.

We played in a community band together, and Ben was always ready to help other musicians, even volunteered to direct when we didn't have a music director.

Ben was always kind to animals, taking care of their pets, and sometimes other people pets. Ben is always honest. I think he is incapable of telling a lie, maybe that's why he always believes the best of other people.

Sincerely,
Nina D Lloyd
ninadll123@gmail.com