May 27, 2025

To Whom it May Concern,

I am writing this letter on behalf of my brother, Ben Houghton. I did not grow up in the same household with Ben as I am 18 years older than him. But I have visited with him many times and spoken with him on the phone. Additionally, he has visited with my wife and me twice and with our family (wife and 2 children) once.

I have always known Ben to be a kind and helpful person. He was the only sibling who stayed in Hawaii with our mother and he was the key to her happiness in the final years of her life. I never knew him to have a bad word to say about anyone nor have I heard of him trying to hurt anyone.

While I abhor the acts that Ben is accused of, I do believe that he is, at heart, a good person. I believe that if he can get help to never do something like that again, then he could be a valuable member of society and not a danger to anyone.

I hope that his time in the system can help him and that it does not turn him into a bitter or angry person. I hope to be able to embrace my brother in a hug again someday.

Sincerely,

Eli Houghton