To the Court and everyone else involved:

I want to apologize for the horrible things I have done. I have no excuse for what I did, and I take full responsibility for my actions. I understand and agree that I deserve punishment. I will follow any mandates that the Court orders for me.

To [both victims] (names redacted), I am sorry for what I did to you both. You didn't deserve that. I acted out of lust and selfishness. I did something that no child should have to go through. While I ask for forgiveness, I understand if I don't receive it. I hope you both have great and successful lives despite the trauma I caused you.

To [the parents of the victims] (names redacted), I apologize for going against your trust. I did a horrible thing, and I can't blame you for the hostile feelings you must have towards me. All I can say is that I'd probably feel the same way if I were in your shoes.

Moving forward, I plan on using this experience of incarceration to become a better person. I want to get the help I need and work on becoming a productive member of society.

Sincerely,

*Benjamin Houghton*